JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Fresh, Inc., )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>Ashtel Studios, Inc., etc., )<br>)<br>        Defendant(s). )<br>)<br>_____ ) | SACV 09-00979-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: June 2, 2010

_____
James V. Selna
United States District Judge